# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **BRANDON DALTON,** | : | **VIOLATION:** |
| | : | **18 U.S.C. § 751(a)** |
| Defendant. | : | (Escape from Custody) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about June 14, 2018, within the District of Columbia, **BRANDON DALTON**, did knowingly escape from the custody of the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgement and commitment of the Superior Court for the District of Columbia upon conviction for the commission of Unlawful Possession of a Firearm, in violation of Title 22, District of Columbia Code, Section 4503.

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

A TRUE BILL:


FOREPERSON.

Attorney of the United States in
and for the District of Columbia.